McGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
ROBIN TUBESING
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANA TERESA GORSHE AND RANDAL LOUIS GORSHE,<br><br>  Defendants. | Case No.: 1:18-CR-00235-LJO-SKO<br><br>**JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON**<br><br>[No Hearing Requested] |

Plaintiff United States of America and defendants Ana Teresa Gorshe and Randal Louis Gorshe, through their authorized representatives ("Movants"), hereby move for an order authorizing Defendants to deposit a total of $250,000.00 ($125,000 from Ana Teresa Gorshe and $125,000 from Randal Louis Gorshe) into the court's deposit fund pending the outcome of this criminal prosecution. This Motion is based on the following grounds:

1. On October 19, 2018, Defendants entered into plea agreement pleading guilty to one count of Making and Subscribing a False Tax Return, in violation of 26 U.S.C. § 7206(1). ECF Nos. 4 and 5.

2. On January 28, 2019, Defendants waived indictment. ECF Nos. 12 and 13.

3. Pursuant to the plea agreements, restitution is estimated to be between $300,000.00 and $500,000.00, Defendants agrees to pay any fine imposed by the Court up to the statutory maximum for

Defendants' offense, and Defendants agrees to pay a special assessment of $100.00. ECF No. 4 and 5.

    4.    Defendants presently have in their possession $250,000.00 with which to partially satisfy restitution, fines, and the special assessment that they are prepared to turn over to the Clerk of the Court.

    5.    Sentencing is set for January 13, 2020. ECF No. 22.

The Movants thus agree that:

    1.    Defendants shall pay the $250,000.00 in partial satisfaction of restitution, fines (if any), and the special assessment ("Deposit") by January 9, 2020, to the Clerk of the Court as specified in the accompanying order. The Deposit shall remain in the Court's deposit fund pending Defendant's sentencing in this case, or upon further order of the Court.

    2.    The Deposit shall, upon sentencing, be applied towards the restitution in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

Respectfully submitted,

FOR THE UNITED STATES:

McGREGOR W. SCOTT
United States Attorney

Dated: _____

By: _____
HENRY Z. CARBAJAL III
ROBIN TUBESING
Assistant United States Attorneys

FOR DEFENDANT ANA TERESA GORSHE:

Dated: _____      _____
ANA TERESA GORSHE

FOR DEFENDANT RANDAL LOUIS GORSHE:

Dated: _____      _____
RANDAL LOUIS GORSHE

APPROVED AS TO FORM AND CONTENT:

Dated: _____      _____
MARC XAVIER CARLOS
Attorney for Defendant

**O R D E R**

The Court, having reviewed the court files and the Movants' Joint Motion for Deposit of Funds into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. Defendants Ana Teresa Gorshe and Randal Louis Gorshe shall deliver a cashier's or certified check to the Clerk of Court by January 9, 2020, in the amount of $250,000.00, representing partial payment of restitution, fines (if any), and the special assessment.

2. Defendants shall make the check payable to the Clerk of Court and, in the note section of the check, state the case name and number (US v. Gorshe, Case No. 1:18-cr-00235-LJO-SKO). Defendants shall deliver the check to the Clerk of the Court, Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Room 1501, Fresno, CA 93721.

3. Upon receipt, the Clerk shall promptly DEPOSIT Defendants' $250,000.00 payment into the Court's deposit fund.

4. Once the imposed judgment is entered and docketed, the Deposit shall then be transferred to the Defendants' criminal case.

5. Unless the Court orders otherwise, the Deposit shall, upon transferring the Deposit, be applied towards the assessment, fines, and restitution in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case. Fifty percent of the Deposit shall be applied towards Ana Teresa Gorshe's restitution, fines, and assessment ($125,000.00) and fifty percent of the Deposit shall be applied towards Randal Louis Gorshe's restitution, fines, and assessment ($125,000.00).

IT IS SO ORDERED.

Dated: **January 6, 2020**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE